# WARDELL, CRAIG, ANNIN & BAXTER, LLP

41 Grove Street
Haddonfield, NJ 08033

(856) 795-2220
(856) 429-1060 Facsimile
www.kwclawyers.com

Robert A. Baxter*
Timothy E. Annin*
Jeffrey S. Craig‡
Edward S. Wardell†

‡ Also Admitted in PA and DE
† Also Admitted in PA
* Certified by the Supreme Court of New Jersey
  as a Civil Trial Attorney

*Of Counsel*
John C. Grady†

Paul D. Kelly†
Christine S. Orlando†
Domenic B. Sanginiti, Jr.
Ekta Patel†

October 12, 2009

**VIA E-FILING and REGULAR MAIL**
Honorable Karen M. Williams, USMJ
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Courthouse
Room 2010, 1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ 08101

    Re:    Stephen Klemash v. Monroe Township, et al.
              Docket No.: 1:07-cv-4190

Dear Judge Williams:

    As you may recall this office represents the defendants Detective Gregory Wolfe and Monroe Township in the above matter. This matter has been the subject of two settlement conferences before Your Honor. It had been my hope that I would have a response by now from my client concerning the possibility of resolving this matter. However, due to the schedules of various individuals that I report to, that is not the case.

    I am meeting with representatives of the Joint Insurance Fund as well as the MEL next week. At that point I will be in a position to respond one way or the other to counsel for plaintiff concerning the possibility of settling this matter. However, the deadline for dispositive motions is Wednesday, October 14. Therefore, I am requesting that Your Honor extend the deadline for the filing of dispositive motions until October 30, 2009.

    I have contacted counsel for plaintiff and requested that he contact the court if he has an objection to this request.

So Ordered this 13th day of October, 20 09

KAREN M. WILLIAMS
U.S. MAGISTRATE JUDGE

Honorable Karen M. Williams, USMJ
October 12, 2009
Page Two

                                        Respectfully,

                                        WARDELL, CRAIG, ANNIN
                                        & BAXTER, LLP

                                        Robert A. Baxter

RAB/mb
cc:     Gregory Zeff, Esquire (via email)